IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL CHARLES VAN DER POEL

    Plaintiff

vs.

MANNHEIM AUTO AUCTION and MICHAEL FUTER, INSTRUCTOR

    Defendant

CIVIL ACTION

NO. 08-5607

FILED

JUN 18 2009

MICHAEL E. KUNZ, Clerk
By ____ Dep. Clerk

ORDER

AND NOW, this 17th day of June, 2009, it is hereby ORDERED that the Motion of the Defendants to Dismiss [Doc. #4] is GRANTED. It is further ORDERED that the Complaint is DISMISSED WITH PREJUDICE and that the Clerk is DIRECTED to mark this case closed for statistical purposes.

BY THE COURT:

_____
THOMAS M. GOLDEN, J.

4